■ In the Matter of MURRAY WHITAKER, Admitted as MURRAY WIEDERKEHR. — Petition for reinstatement as an attorney and counselor at law in the State of New York denied. Concur — Murphy, P. J., Ross, Carro, Fein and Kassal, JJ.

■ In the Matter of ANTHONY M. — Motion granted only insofar as to grant leave to appeal to Court of Appeals, as indicated in the order of this court. (Compare *People v Cable,* 96 AD2d 251, app pending in Court of Appeals.) Concur — Kupferman, J. P., Sandler, Asch and Lynch, JJ.